1  James C. Clark, Jr. (admitted *pro hac vice*)
   Kirsten C. Stevenson (SBN 225353)
2  **PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
   1111 Bay Avenue, Suite 300
3  Columbus, GA 31901-5266
   Telephone: (706) 324-0251
4  Facsimile: (706) 323-7519
   jcc@psstf.com
5  kcs@psstf.com

6  Attorneys for Defendant Char-Broil, LLC

FILED
CLERK, U.S. DISTRICT COURT
AUG - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

7  Mark Glazer (SBN 102314)
   **GLAZER & BLINDER**
8  23945 Calabasas Road, Suite 200
   Calabasas, CA 91302
9  Telephone: (818) 591-0190
   Facsimile: (818) 591-7523
10 markglazer@glazlaw.com

JS-6

11 Attorneys for Plaintiff Robert Weiser

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION (Los Angeles)

| | |
|---|---|
| ROBERT WEISER, | CASE NO. 2:10-cv-01741-SVW (JCx) |
| Plaintiff, | [~~PROPOSED~~] ORDER TO DISMISS ACTION WITH PREJUDICE |
| vs. | |
| CHAR-BROIL, LLC., and DOES 1 through 30, inclusive, | |
| Defendants. | |

1

31532967_343219_00001                                  2:10-cv-01741-SVW (JCx)

## ORDER

Based on a stipulation between the parties and good cause shown

IT IS ORDERED as follows:

1. The entire action, and all claims asserted in the complaint filed by Plaintiff, shall be dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

Dated: August 8, 2010

Hon. Steven V. Wilson
United States District Judge